PENTHOUSE PROPERTIES, INC., v. 1158 FIFTH AVENUE, INCORPORATED, and BELLE C. HARRISS.— Motion for leave to appeal to the Court of Appeals granted.

[See 256 App. Div. 685.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.